IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GARCIA,<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY OF SANGER, et al.,<br><br>             Defendant. | No. CV-F-09-359 OWW/SMS<br><br>MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND TO STRIKE FIRST AMENDED COMPLAINT (Doc. 16) |

Before the Court is Defendants' motion to dismiss and to strike certain claims and allegations in Plaintiff Claudia Garcia's First Amended Complaint (FAC).[1]

---

[1] As in the Complaint, the section of the FAC captioned "Jurisdiction," alleges that this "action is brought pursuant to 42 U.S.C. § 1981, § 1983, § 1985, § 1986 ... [and] the Fourth and Fourteenth Amendments of the United States Constitution ...." However, no claims for violation of Sections 1981, 1985 or 1986 are alleged in the FAC.  Further, Plaintiff cannot bring this action directly under the Fourth or Fourteenth Amendments to the United States Constitution, because Congress has created an alternative legal remedy. *Carlson v. Green*, 446 U.S. 14, 20 (1980)(no cause of action directly under constitutional provisions where "Congress has provided an alternative remedy which it explicitly declared to be a substitute for recovery directly under the Constitution and

At the hearing, Plaintiff agreed to dismissal of all state law claims in the FAC and that Plaintiff will proceed in this action solely on her federal civil rights claims.

Defendants' motion to dismiss the Third Cause of Action for interference with California Civil Rights, the Fourth Cause of Action for intentional infliction of emotional distress, the Fifth Cause of Action for negligence and negligence *per se*, and to dismiss all allegations in the FAC that Defendants violated Article One, Sections One and Seven of the California Constitution is GRANTED.

Defendants' motion to dismiss the First Cause of Action for violation of 42 U.S.C. § 1983 and the Second Cause of Action for false arrest and imprisonment in violation of the Fourth and Fourteenth Amendments to the United States Constitution is DENIED.

Plaintiff shall file a Second Amended Complaint within ten court days from September 21, 2009.  Defendants shall have ten days to respond.

IT IS SO ORDERED.

Dated:   September 21, 2009                   /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

---

viewed as equally effective."). Here, Plaintiff, who claims her constitutional rights have been violated by a state actor, may file suit under one of the federal civil rights statutes, *e.g.,* 42 U.S.C. § 1983. Plaintiff does allege a violation of Section 1983 in her First Cause of Action.