LORI R. MAYFIELD, #172074
MEGAN M. HAGER, #203882
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005

Attorneys for CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLAUDIA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-00359-OWW-SMS<br><br>Fresno Superior Court Case No. 08CECG03894<br><br>**ORDER TO STIPULATION FOR FILING OF THIRD AMENDED COMPLAINT** |

IT IS HEREBY ORDERED that plaintiff shall file a Third Amended Complaint to reflect the agreement of the parties striking language that was included in her Second Amended Complaint. It is further ordered Plaintiff shall have 10 court days from the filing of this order to file her Third Amended Complaint and Defendants shall have 10 court days to answer the Third Amended Complaint.

DATED: October 14, 2009           /s/ OLIVER W. WANGER
                                              JUDGE OLIVER W. WANGER