MEGAN M. HAGER, #203882
LORI R. MAYFIELD, #172074
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005

Attorneys for CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLAUDIA GARCIA,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity and DOES 1 through 100, inclusive,<br><br>   Defendants.<br>_____ | CASE NO. 1:09-CV-00359-OWW-SKO<br><br>Fresno Superior Court Case No. 08CECG03894<br><br>**ORDER TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND SPECIAL INTERROGATORIES, SET ONE PROPOUNDED BY CITY OF SANGER AND SANGER POLICE DEPARTMENT** |

IT IS HEREBY ORDERED that plaintiff has failed to provide responses to Request for Production of Documents, Set One and Special Interrogatories, Set One, propounded by City of Sanger and Sanger Police Department, and therefore she is compelled to provide complete written responses, without objections, within 10 days from the signing of this order. If plaintiff fails to provide complete written responses, without objections, within 10 days from the signing of this order, a Motion to Enforce Order to Compel Discovery Responses may be filed requesting

ORDER TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND SPECIAL INTERROGATORIES, SET ONE PROPOUNDED BY CITY OF SANGER AND SANGER POLICE DEPARTMENT

1

1  sanctions including monetary sanctions, issue sanctions and terminating sanctions.

7  IT IS SO ORDERED.

8  **Dated:   May 11, 2010**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

MAYFIELD & LEATH
1500 W. SHAW AVE., STE. 204
FRESNO, CA 93711

ORDER TO COMPEL PLAINTIFF'S RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND SPECIAL INTERROGATORIES, SET ONE PROPOUNDED BY CITY OF SANGER AND SANGER POLICE DEPARTMENT

2