UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| CLAUDIA GARCIA ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF SANGER, CITY OF SANGER ) <br> POLICE DEPARTMENT, OFFICER ) <br> MANUEL CHAVEZ, individually and in his ) <br> official capacity, and DOES 1 through 100, ) <br> inclusive, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 01:09-CV-00359-OWW-SMS <br><br> ORDER GRANTING STIPULATION FOR NEW DISCOVERY CUT-OFF |

This matter is before the Court on the parties' Stipulation to Extend Discovery Cut-Off. The Court finds that the Stipulation is supported by good cause.

**IT IS HEREBY ORDERED** that the following deadline shall apply to this proceeding:

**Non-Expert discovery cutoff date:** The parties are ordered to complete all non-expert discovery on or before November 15, 2010.

IT IS SO ORDERED.

Dated:   August 20, 2010            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

Order to Extend Discovery Cut-Off - Page 1