**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-oOo-

| | |
|---|---|
| CLAUDIA GARCIA<br><br>Plaintiff,<br>v.<br><br>CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 01:09-CV-00359-OWW-SMS<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO DESIGNATE EXPERT WITNESSES |

This matter is before the Court on the parties' Stipulation to Extend Time for Designation of Expert Witnesses. The Court finds that the Stipulation is supported by good cause.

**IT IS HEREBY ORDERED** that the following deadline shall apply to this proceeding:

**Designation of Experts cutoff date:** The parties shall designate experts in this case on or before September 17, 2010.

IT IS SO ORDERED.

Dated:   September 14, 2010          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE