UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLAUDIA GARCIA<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT, OFFICER MANUEL CHAVEZ, individually and in his official capacity and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 1:09-CV-00359-OWW-SKO<br><br>**ORDER RESETTING DATE OF MANDATORY SETTLEMENT CONFERENCE** |

This matter is before the Court on the parties' Stipulation to continue the Mandatory Settlement Conference date to November 30, 2010. (Doc. 46.) The Court finds that the request for a continuance is supported by good cause. Fed. R. Civ. P. 16(b)(4).

**IT IS HEREBY ORDERED** that the Mandatory Settlement Conference is CONTINUED and RESET for **November 30, 2010, at 10:30 a.m.** before Magistrate Judge Sheila K. Oberto in Courtroom 8 of the above entitled Court.

IT IS SO ORDERED.

**Dated:    November 2, 2010**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE