UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CLAUDIA GARCIA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF SANGER, CITY OF SANGER ) <br> POLICE DEPARTMENT, OFFICER ) <br> MANUEL CHAVEZ, individually and in ) <br> his official capacity and DOES 1 through ) <br> 100, inclusive, ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO. 1:09-CV-00359-OWW-SKO <br><br> **ORDER DISMISSING CLAIMS PURSUANT TO PARTIES STIPULATION AND SETTLEMENT** |

Pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants CITY OF SANGER, CITY OF SANGER POLICE DEPARTMENT and OFFICER MANUEL CHAVEZ be and hereby are dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   January 24, 2011**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE